COMMONWEALTH of Pennsylvania,
Respondent

v.

Thomas James BLACK, Petitioner

No. 319 WAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

### ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.